Court Of Appeals
Fourth Court of Appeals District of Texas
San Antonio



★ ★ ★                                    ★ ★ ★

# MEMORANDUM OPINION

No. 04-10-00197-CV

## IN RE ALICE M. PUIG IN HER INDIVIDUAL CAPACITY AND IN HER CAPACITY AS THE INDEPENDENT ADMINISTRATRIX OF THE ESTATE OF ALICIA PRIETO PUIG, AND CHARLES B. PUIG

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:     Sandee Bryan Marion, Justice
             Steven C. Hilbig, Justice
             Marialyn Barnard, Justice

Delivered and Filed: June 2, 2010

PETITION FOR WRIT OF MANDAMUS DENIED

On March 8, 2010, relators filed a petition for writ of mandamus. On March 22, 2010, relators filed a motion to stay the underlying suit. The court has considered relators' petition for writ of mandamus and the response and reply of the parties. The court is of the opinion that relators are not entitled to the relief sought. Accordingly, the petition for writ of mandamus and the motion to stay the underlying proceedings are DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2009-CVQ-001187-D2, styled *Puig Bros. Corp., et al. vs. Alice M. Puig, As Independent Administratrix of the Estate of Alicia Prieto Puig, Deceased, et al.*, in the 111th Judicial District Court, Webb County, Texas, the Honorable Raul Vasquez presiding.